# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(District Court, Denver County Case No. 2017CV031795)

FRANK BONANNO, an individual; and BONANNO CONCEPTS INCORPORATED, a Colorado corporation,

**Plaintiffs,**

**v.**

LEFT OF FRAME, LLC, a New York limited liability company; DAVID BROAD, an individual; and AARON COLUSSI, an individual,

**Defendants.**

## NOTICE OF REMOVAL

Defendant Left of Frame, LLC ("LOF"), by its attorneys, Levine Sullivan Koch & Schulz, LLP, and Davis Wright Tremaine LLP, respectfully submits this Notice of Removal from the District Court for the City and County of Denver, State of Colorado to the United States District Court for the District of Colorado, pursuant to 28 U.S.C. §§ 1331, 1338, 1454, and 1446, and as grounds therefor, states as follows:

**I.  BACKGROUND**

1.  Plaintiffs Frank Bonanno and Bonanno Concepts Incorporated commenced this action in the District Court for the City and County of Denver, State of Colorado, Civil Action No. 2017CV031795, by filing a Complaint on May 16, 2017 (the "State Court Action").

2.  Defendants LOF and David Broad ("Broad") accepted service of the Summons, Complaint, District Court Civil Case Cover Sheet, Delay Reduction Order and Pretrial Order in the State Court Action on July 12, 2017.  Copies of the Summons, Complaint and District Court

Civil Case Cover Sheet are attached hereto as **Exhibits A, B, and C**, respectively.  Defendants LOF and Broad's Waiver of Service dated July 12, 2017 is attached hereto as **Exhibit D**.

3. Defendant Aaron Colussi ("Colussi") was served with a copy of the Summons, Complaint and District Court Civil Cover Sheet on May 25, 2017.  The Affidavit of Service is attached hereto as **Exhibit E**.  Colussi's time to answer or otherwise respond to the Complaint was extended to July 14, 2017, by Order of the District Court, Denver County, Colorado. (See **Exhibit I**).

4. The Complaint was the initial pleading setting forth the claims for relief upon which this civil action is based.

5. To Defendant LOF's knowledge, the only other process, pleadings and orders filed in the State Court Action are: the Delay Reduction Order, attached as **Exhibit F**; the Pre-Trial Order attached as **Exhibit G**; Defendant Colussi's Unopposed Motion for an Extension of Time to File an Answer or Otherwise Respond to the Complaint, attached as **Exhibit H**; Order Granting Defendant Colussi's Unopposed Motion for Extension of Time, attached as **Exhibit I**; and Defendants' Answer and Affirmative Defenses and Defendant LOF's Counterclaims, attached as **Exhibit J**.

## II. REMOVAL OF THE STATE COURT ACTION IS PROPER UNDER 28 U.S.C. § 1454 BECAUSE DEFENDANT LOF'S COUNTERCLAIM ARISES UNDER THE COPYRIGHT ACT, 17 U.S.C. § 101, et seq.

6. Pursuant to 28 U.S.C. § 1454(a), "a civil action in which any party asserts a claim for relief arising under any Act of Congress relating to patents, plant variety protection, or copyrights may be removed to the district court of the United States for the district and division embracing the place where the action is pending."

7. As sole and exclusive owner of the copyright in the television series "Chef

Driven," Defendant LOF has asserted a counterclaim for copyright infringement against Plaintiffs in the State Court Action.  (See **Exhibit J**).

8. LOF's counterclaim for copyright infringement confers jurisdiction over the State Court Action upon this Court, pursuant to 28 U.S.C. §§ 1454(a), 1331 and 1338.

9. This Court has supplemental jurisdiction over all of Plaintiffs' other purported claims pursuant to 28 U.S.C. § 1367.

### III. THE PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED AND REMOVAL IS TIMELY

10. Section 1446(b)(1) provides that "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."  28 U.S.C. § 1446(b).

11. Section 1446(b)(2)(B) provides that "[e]ach defendant shall have 30 days after the receipt by or service on that defendant of the initial pleading or summons" to file the notice of removal.

12. Defendant LOF accepted service of the Summons and Complaint on July 12, 2017 (See **Exhibit D**).  This Notice of Removal is being timely filed in this Court within 30 days of the service of the Summons and Complaint upon Defendant LOF as required by 28 U.S.C. §§ 1454 and 1446(b).

13. All remaining Defendants to the State Court Action have consented to the filing of this Notice of Removal pursuant to 1446(b)(2)(C).  An executed Stipulation of Consent in Support of this Notice of Removal is attached hereto as **Exhibit K**.

14. Removal to this Court is proper pursuant to 28 U.S.C. § 1446(a), because the United States District Court for the District of Colorado embraces the District Court for the City

and County of Denver, State of Colorado, where the State Court Action is pending.

15. Pursuant to 28 U.S.C. § 1446(d), Defendant LOF will file a written notice of this removal with the clerk of the District Court for the City and County of Denver, State of Colorado, where Plaintiffs' action is pending (the "State Court Notice of Removal of Civil Action to Federal Court"). Copies of this Notice of Removal with accompanying exhibits and separate State Court Notice of Removal of Civil Action to Federal Court will be served on counsel for Plaintiffs and filed with the Clerk of the District Court for the City and County of Denver, State of Colorado, in accordance with 28 U.S.C. § 1446(d).

## IV.   RESERVATION OF DEFENSES AND RIGHTS

16. Defendant LOF reserves all defenses in this action.

17. Defendant LOF reserves the right to amend or supplement this Notice of Removal.

18. The undersigned counsel for Defendant LOF has read the foregoing and signs this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant LOF prays that the above action now pending against it in the District Court for the City and County of Denver, State of Colorado, be removed to this Court.

Dated: Denver, Colorado
       July 14, 2017                                 Respectfully Submitted,

                                                    /s/ Ashley I. Kissinger
                                                    Ashley I. Kissinger, #37739
                                                    LEVINE SULLIVAN KOCH & SCHULZ, LLP
                                                    1888 Sherman Street, Suite 370
                                                    Denver, Colorado  80203
                                                    Telephone No.: (303) 376-2407
                                                    akissinger@lskslaw.com

5

OF COUNSEL:
Elizabeth McNamara (*pro hac vice*)
Jaya Kasibhatla (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1250 Avenue of the Americas, 21st Fl.
New York, New York 10020-1104
Telephone No.: (212) 489-8230
lizmcnamara@dwt.com
jayakasibhatla@dwt.com

*Attorneys for Defendant Left of Frame, LLC*

5

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of July, 2017, I caused a true and correct copy of the foregoing Notice of Removal, and the Exhibits thereto, to be served via First Class Mail upon the following counsel of record:

Alan D. Sweetbaum, Esq.
SWEETBAUM SANDS ANDERSON PC
1125 Seventeenth Street, Suite 2100
Denver, CO 80202
Tel.: (303) 296-3377
asweetbaum@sweetbaumsands.com

      /s/ *Cynthia D. Henning*
      Cynthia D. Henning